UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| GREGORY SPELLMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 4:18-cv-81-D** |
| ) | |
| JIMMY MOORE, JTM Acoustic Drywall, Inc., ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Spellman's application to proceed in forma pauperis [D.E. 1] is GRANTED and Spellman's complaint is DISMISSED as frivolous. Spellman's motion to amend his complaint [D.E. 8] is GRANTED. Spellman's motion for summary judgment [D.E. 10] is DISMISSED.

**This Judgment Filed and Entered on December 4, 2018, and Copies To:**

Gregory Spellman                                  (Sent to 46 Shoreline Drive #3 New Bern NC 28562 via US Mail)

DATE:                                             PETER A. MOORE, JR., CLERK

December 4, 2018                                  (By) /s/ Nicole Sellers
                                                   Deputy Clerk