IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:18-CV-81-D

| | | |
|---|---|---|
| GREGORY SPELLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JIMMY MOORE, and | ) | |
| JTM ACOUSTIC DRYWALL, INC., | ) | |
| | ) | |
| Defendants. | ) | |

On December 3, 2018, the court dismissed Gregory Spellman's ("Spellman" or "plaintiff") claims [D.E. 11]. On December 4, 2018, the clerk entered judgment and closed the case [D.E. 13]. On December 19, 2018, Spellman filed a motion for reconsideration concerning this court's dismissal order and judgment. See [D.E. 14].

The court has considered Spellman's motion for reconsideration under the governing standard. See Fed. R. Civ. P. 59(e); Zinkand v. Brown, 478 F.3d 634, 637 (4th Cir. 2007); Bogart v. Chapell, 396 F.3d 548, 555 (4th Cir. 2005); Dennis v. Columbia Colleton Med. Ctr., Inc., 290 F.3d 639, 653 (4th Cir. 2002); Pac. Ins. Co. v. Am. Nat'l Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998); Hughes v. Bedsole, 48 F.3d 1376, 1382 (4th Cir. 1995). The motion for reconsideration [D.E. 14] lacks merit and is DENIED. The case remains closed.

SO ORDERED. This 20 day of December 2018.

JAMES C. DEVER III
United States District Judge